UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| W.E. AUBUCHON CO., INC. and<br>W.E. AUBUCHON CO. INC.<br>EMPLOYEE MEDICAL<br>BENEFIT PLAN,<br>  Plaintiffs,<br><br>v.<br><br>BENEFIRST, LLC,<br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-_____<br>) (Louis M. Ciavarra. BBO# 546481)<br>)<br>) 05-40159 FDS<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

Kindly enter my appearance on behalf of the Plaintiffs, W.E. Aubuchon Co., Inc. and W.E. Aubuchon Co., Inc. Employee Medical Benefit Plan in the above-captioned case.

Date: September 12, 2005

*[signature]*

Louis M. Ciavarra (BBO# 546481)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
Phone: 508-926-3408
Fax: 508-929-3011

{J:\CLIENTS\lit\302508\0002\00583661.DOC;1}