# United States District Court

_____ DISTRICT OF _____

W.E. AUBUCHON CO., INC. and
W.E. AUBUCHON CO. INC. EMPLOYEE MEDICAL BENEFIT PLAN

### SUMMONS IN A CIVIL CASE

V.

BENEFIRST, LLC

CASE NUMBER: 05-40159 FDS

TO: (Name and address of defendant)

Charles Dobens
BeneFirst, LLC
1020 Plain Street
Marshfield, MA  02050

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Louis M. Ciavarra, Bowditch & Dewey LLP, 311 Main Street, PO Box 15156, Worcester, Massachusetts  01615-0156

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(BY) DEPUTY CLERK

DATE 9/12/05

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | September 13th, 2005 |
| NAME OF SERVER (PRINT) <br> Robert Tirrell | TITLE <br> Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left at the last known and usual place of business with Heather Kinsman, Clerk, Agent and Person in charge of its business at the time of service. To wit: 1020 Plain Street, in said Marshfield, MA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 13th, 2005
              Date

*Signature of Server*

47 Harvard Street, Worcester, MA 01609
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.