UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*****************************
W.E. AUBUCHON CO., INC., and
W.E. AUBUCHON CO. INC.
EMPLOYEE MEDICAL BENEFIT PLAN
   Plaintiffs,

v.

                              C.A. No. 05-40159FDS

BENEFIRST,LLC,
Defendant.
*****************************

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the
Defendant, BENEFIRST, in the above-entitled action.

Respectfully submitted,

I hereby certify that a true
copy of the above document
was served upon each attorney
of record by mail on
October *14*, 2005.

Richard J. Poliferno
Attorney for Defendant
Long & Houlden
100 Summer Street, 11 FL
Boston, MA  02110
(617) 439-4777
BBO# 402120

DATE: 10/14/05