UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-40159FDS

|  |  |
|---|---|
| W.E. AUBUCHON CO., INC. and<br>W.E. AUBUCHON CO. INC.<br>EMPLOYEE MEDICAL<br>BENEFIT PLAN,<br>    Plaintiffs,<br><br>v.<br><br>BENEFIRST, LLC,<br>    Defendant. | **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Pursuant to Local Rule 83.5.2 of the Federal Rules of Civil Procedure, please enter my appearance as attorney for Plaintiffs, W.E. Aubuchon Co., Inc. and W.E. Aubuchon Co., Inc. Employee Medical Benefit Plan in the above-captioned case.

/s/ Ryan T. Killman
Ryan T. Killman BBO #654562
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
Phone: 508-926-3497
Fax: 508-929-3197

Date: October 27, 2005

{Client Files\LIT\302508\0002\PLD\00603379.DOC;1}