UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| W.E. AUBUCHON CO., INC. and<br>W.E. AUBUCHON CO. INC.<br>EMPLOYEE MEDICAL<br>BENEFIT PLAN,<br>    Plaintiffs,<br><br>v.<br><br>BENEFIRST, LLC,<br>    Defendant. | C.A. No. 05-40159FDS<br>(Louis M. Ciavarra BBO# 546481)<br>(Ryan T. Killman BBO #654562) |

### W.E. AUBUCHON CO. INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Plaintiff W.E. Aubuchon Co., Inc. hereby submits the following Corporate Disclosure Statement:

1. W.E. Aubuchon Co., Inc. is not owned by any parent company; and

2. No publicly held corporation owns 10% or more of W.E. Aubuchon Co., Inc. stock.

> W.E. AUBUCHON CO., INC. and
> W.E. AUBUCHON CO. INC.
> EMPLOYEE MEDICAL BENEFIT PLAN
>
> By Their Attorneys,
>
>  /s/ Ryan T. Killman
> Louis M. Ciavarra  (BBO#546481)
> Ryan T. Killman  (BBO #654562)
> Bowditch & Dewey, LLP
> 311 Main Street
> P.O. Box 15156
> Worcester, MA 01615-0156
> Telephone:  (508) 926-3408
> Facsimile:   (508) 929-3011

Date:  October 28, 2005

{Client Files\LIT\302508\0002\PLD\00604346.DOC;1}

{Client Files\LIT\302508\0002\PLD\00604346.DOC;1}