UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

W.E. AUBUCHON CO., INC., and
W.E. AUBUCHON CO. INC.
EMPLOYEE MEDICAL BENEFIT PLAN
    PlaintiffS,

v.

C.A. No. 05-4015FDS

BENEFIRST,LLC,
Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATION

Defendant, BENEFIRST, LLC, hereby certifies that we have conferred with our attorney, Richard J. Poliferno:

(a)   with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Richard J. Poliferno, Esq.

BENEFIRST, LLC
by:
_____
Charles T. Dobens, Esq.

, Attorney for DEFT, hereby certify that I, this day, served a copy of the within document(s) by (hand) (first class mail, postage prepaid) to all counsel of record.

BBO#  462120
DATE  NOV 1, 2005