UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
W.E. AUBUCHON CO., INC., and
W.E. AUBUCHON CO. INC.
EMPLOYEE MEDICAL BENEFIT PLAN
   PlaintiffS,

v.

                                             C.A. No. 05-40159FDS

BENEFIRST, LLC,
Defendant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT, BENEFIRST, LLC, DISCLOSURE STATEMENT**

NOW COMES the defendant, BENEFIRST, LLC, and states, pursuant to Fed.R.Civ.P. 7.1(a) that there is no parent corporation owning 10% or more of Benefirst, LLC stock; and that there is no publicly held company owning 10% or more of Benefirst, LLC stock.

I hereby certify that a true copy of the above document was served upon each attorney of record by mail on December 14, 2005.

Respectfully submitted,

Richard J. Poliferno
Attorney for Defendant,
BENEFIRST, LLC
Long & Houlden
100 Summer Street, 11th Fl.
Boston, MA  02110
(617) 439-4777
BBO# 402120

DATE: 12/14/05