UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| W.E. AUBUCHON CO., INC. and )<br>W.E. AUBUCHON CO. INC. )<br>EMPLOYEE MEDICAL )<br>BENEFIT PLAN, )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>BENEFIRST, LLC, )<br>    Defendant. )<br>) | C.A. No. 05-40159FDS<br>(Louis M. Ciavarra BBO# 546481)<br>(Ryan T. Killman BBO #654562) |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Plaintiff's W.E. Aubuchon Co., Inc. and W.E. Aubuchon Co., Inc. Employee Medical Benefit Plan, hereby certify that we have conferred with our attorney, Louis M. Ciavarra:

(a) with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

W.E. AUBUCHON CO., INC., and
W.E. AUBUCHON CO., INC EMPLOYEE
MEDICAL BENEFIT PLAN
By:

_____          _____
M. Marcus Moran, Jr.                                      Louis M. Ciavarra
President & Treasurer
1/8/06