UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*****************************
W.E. AUBUCHON CO., INC., and
W.E. AUBUCHON CO. INC.
EMPLOYEE MEDICAL BENEFIT PLAN
    Plaintiffs,

v.

                        C.A. No. 05-40159FDS
BENEFIRST,LLC,
    Defendant.
*****************************

JOINT STATEMENT

Pursuant to the Court's Scheduling Order dated February 3, 2006, the parties hereby submit a joint statement of their progress and proposing further discovery deadlines. The parties state that they have exchanged draft audit agreements, have reviewed and discussed them, but are unable to agree at this time to have an independent audit conducted at this time. The parties have previously submitted to the court, in February, 2006, a Proposed Scheduling Order. The parties propose that the court adopt the Proposed Scheduling Order as previously submitted with one change. On the second

page of the previously submitted Proposed Scheduling Order, the parties propose that the date for completion of item 3 c. be changed from June 30, 2006 to September 15, 2006.

Respectfully submitted,

_Louis M. Ciavarra by RJP_
Louis M. Ciavarra
BBO# 546481
Bowdith & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA  01615

_Richard J. Poliferno_
Richard J. Poliferno
BBO# 402120
LONG & LEAHY
100 Summer Street
Boston, MA  02110
(617) 439-4777

CERTIFICATE OF SERVICE
I, Attorney for **DEFT**, hereby certify that I, this day, served a copy of the within document(s) by (hand) (first class mail, postage prepaid) to all counsel of record.
BBO# 402120
DATE: 4/6/06