UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-40159FDS

| | |
|---|---|
| W.E. AUBUCHON CO., INC. and<br>W.E. AUBUCHON CO. INC.<br>EMPLOYEE MEDICAL<br>BENEFIT PLAN,<br>    Plaintiffs,<br><br>v.<br><br>BENEFIRST, LLC,<br>    Defendant. | **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Pursuant to Local Rule 83.5.2 of the Federal Rules of Civil Procedure, please enter my appearance as attorney for Plaintiffs, W.E. Aubuchon Co., Inc. and W.E. Aubuchon Co., Inc. Employee Medical Benefit Plan in the above-captioned case.

/s/ Colleen E. Cushing
Colleen E. Cushing (BBO# 663498)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
Phone: 508-926-3428
Fax: 508-929-3063
ccushing@bowditch.com

Date: May 1, 2006

{Client Files\LIT\302508\0002\00695252.DOC;1}

2

CERTIFICATE OF SERVICE

    I, Colleen E. Cushing, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 1, 2006.

    /s/ Colleen E. Cushing
    Colleen E. Cushing, Esquire

{Client Files\LIT\302508\0002\00695252.DOC;1}