UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| W.E. AUBUCHON CO., INC. and ) <br> W.E. AUBUCHON CO. INC. ) <br> EMPLOYEE MEDICAL ) <br> BENEFIT PLAN, ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BENEFIRST, LLC, ) <br>     Defendant. ) | C.A. No. 05-40159FDS <br> (Louis M. Ciavarra. BBO# 546481) <br> (Ryan T. Killman BBO#654562) <br> (Colleen E. Cushing BBO# 663498) |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(A)(2), I, Louis M. Ciavarra, Esquire, counsel for Plaintiffs, W.E. Aubuchon Co., Inc. and W.E. Aubuchon Co. Inc. Employee Medical Benefit Plan, hereby certify that I have attempted in good faith to resolve the issues that are the subject of Plaintiffs' Motion to Amend Complaint, but have been unable to resolve them.

        Respectfully submitted,

        W.E. AUBUCHON CO., INC. and
        W.E. AUBUCHON CO. INC.
        EMPLOYEE MEDICAL BENEFIT PLAN

        By Their Attorneys,


        /s/ Louis M. Ciavarra
        Louis M. Ciavarra  (BBO#546481)
        Ryan T. Killman (BBO#654562)
        Colleen E. Cushing (BBO#663498)
        Bowditch & Dewey, LLP
        311 Main Street
        P.O. Box 15156
        Worcester, MA 01615-0156
        Telephone:  (508) 926-3408
        Facsimile:   (508) 929-3011
        lciavarra@bowditch.com

Dated:  May 1, 2006


### Certificate of Service

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 1, 2006.


        /s/ Louis M. Ciavarra
        Louis M. Ciavarra, Esquire