## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| W.E. AUBUCHON CO., INC., AUBUCHON DISTRIBUTION, INC., W.E. AUBUCHON CO. INC. EMPLOYEE MEDICAL BENEFIT PLAN, and AUBUCHON DISTRIBUTION, INC. EMPLOYEE MEDICAL BENEFIT PLAN<br><br>                     **Plaintiffs,**<br><br>v.<br><br>BENEFIRST, LLC,<br>                     **Defendant.** | CIVIL ACTION NO. 05-40159 FDS |

### NOTICE OF APPEARANCE OF STEPHEN D. ROSENBERG
### AS COUNSEL FOR
### <u>DEFENDANT BENEFIRST, LLC</u>

To the Clerk:

    Please enter the appearance of STEPHEN D. ROSENBERG, as counsel for the defendant, BENEFIRST, LLC.

                                                       Respectfully submitted,

**Dated:** May 18, 2006                         /s/ *Stephen D. Rosenberg*
                                                    Stephen D. Rosenberg    [BBO# 558415]
                                                    THE MCCORMACK FIRM, LLC
                                                    One International Place - 7th Floor
                                                    Boston, MA    02110
                                                    Ph:    617•951•2929
                                                    Fax:   617•951•2672

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that today, May 18, 2006, I served a copy of the foregoing **NOTICE OF APPEARANCE OF STEPHEN D. ROSENBERG AS COUNSEL FOR DEFENDANT BENEFIRST, LLC** via the ECF system upon the following attorneys of record, each of whom has been identified as a registered participant on the Notice of Electronic Filing (NEF):

    Louis M. Ciavarra    lciavarra@bowditch.com
    Ryan T. Killman    rkillman@bowditch.com
    Colleen E. Cushing    ccushing@bowditch.com
    Bowditch & Dewey, LLP
    311 Main Street
    P.O. Box 15156
    Worcester, MA 01615-0156


    /s/ *Stephen D. Rosenberg*
    Stephen D. Rosenberg

84865.1