# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **W.E. AUBUCHON CO., INC., AUBUCHON DISTRIBUTION, INC., W.E. AUBUCHON CO. INC. EMPLOYEE MEDICAL BENEFIT PLAN,** and **AUBUCHON DISTRIBUTION, INC. EMPLOYEE MEDICAL BENEFIT PLAN** | |
| **Plaintiffs,** | Cɪᴠɪʟ Aᴄᴛɪᴏɴ Nᴏ. 05-40159 FDS |
| v. | |
| **BENEFIRST, LLC,** | |
| **Defendant.** | |

## NOTICE OF APPEARANCE OF ERIC L. BRODIE
## AS COUNSEL FOR
## DEFENDANT BENEFIRST, LLC

To the Clerk:

Please enter the appearance of Eric L. Brodie, as counsel for the defendant, BENEFIRST, LLC.

Respectfully submitted,

**Dated:** May 19, 2006

/s/ *Eric L. Brodie*
Eric L. Brodie          [BBO# 639833]
Tʜᴇ McCᴏʀᴍᴀᴄᴋ Fɪʀᴍ, **LLC**
One International Place - 7th Floor
Boston, MA    02110
Ph:    617•951•2929
Fax:   617•951•2672

## CERTIFICATE OF SERVICE

I hereby certify that today, May 19, 2006, I served a copy of the foregoing **NOTICE OF APPEARANCE OF ERIC L. BRODIE AS COUNSEL FOR DEFENDANT BENEFIRST, LLC** via the ECF system upon the following attorneys of record, each of whom has been identified as a registered participant on the Notice of Electronic Filing (NEF):

Louis M. Ciavarra      lciavarra@bowditch.com
Ryan T. Killman        rkillman@bowditch.com
Colleen E. Cushing     ccushing@bowditch.com
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156

/s/ *Eric L. Brodie*
Eric L. Brodie

84864.1

- 2 -