```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
           *****************************
W.E. AUBUCHON CO., INC., and
W.E. AUBUCHON CO. INC.
EMPLOYEE MEDICAL BENEFIT PLAN
    Plaintiffs,

v.
                                    C.A. No. 05-40159FDS

BENEFIRST, LLC,
Defendant.
           *****************************
```

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my withdrawal of appearance as attorney for the defendant, BENEFIRST, LLC., in the above-entitled action.

Respectfully submitted,

_____
Richard J. Poliferno
Attorney for the Defendant,
BENEFIRST, LLC.
Long & Leahy
100 Summer Street, 11 FL
Boston, MA 02110
(617) 439-4777
BBO# 402120

I hereby certify that a true copy of the above document was served upon each attorney of record by mail on the 22nd of May, 2006.

DATE: 5/22/06