UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| W.E. AUBUCHON CO., INC., AUBUCHON DISTRIBUTION, INC., W.E. AUBUCHON CO. INC. EMPLOYEE MEDICAL BENEFIT PLAN, and AUBUCHON DISTRIBUTION, INC. EMPLOYEE MEDICAL BENEFIT PLAN<br>     Plaintiffs,<br><br>v.<br><br>BENEFIRST, LLC,<br>     Defendant. | CIVIL ACTION NO. 05-40159 FDS |

### BENEFIRST'S
### MOTION FOR RECONSIDERATION OF COURT'S DISCOVERY ORDER
### RELATED TO MEDICAL BILLS
_____

  Defendant BeneFirst, LLC, pursuant to this Court's order of September 7, 2006, hereby requests this Court to reconsider its ruling compelling BeneFirst to produce to the Plaintiffs all claims files, including the actual bills in BeneFirst's possession, custody or control. In support of its motion, BeneFirst hereby incorporates by reference its contemporaneously filed memorandum in support of this motion, certain excerpts of the deposition of Charles T. Dobens, and the affidavit of Charles T. Dobens.

                Respectfully submitted,

                The Defendant, **BeneFirst, LLC**
                By its attorneys,

**Dated:** September 18, 2006    /s/ *Stephen D. Rosenberg*
                /s/ *Eric L. Brodie*
                Stephen D. Rosenberg  [BBO# 558415]
                Eric L. Brodie      [BBO# 639833]
                **THE MCCORMACK FIRM, LLC**
                One International Place - 7th Floor
                Boston, MA  02110
                Ph:  617•951•2929
                Fax: 617•951•2672

## CERTIFICATE OF SERVICE

I hereby certify that today, September 18, 2006, a copy of *BeneFirst's Motion for Reconsideration of Court's Discovery Order Related to Medical Bills* along with the referenced supporting memorandum, deposition excerpts, and affidavit were served via the ECF system upon the following attorneys of record, each of whom has been identified as a registered participant on the Notice of Electronic Filing (NEF):

        Louis M. Ciavarra    *lciavarra@bowditch.com*
        Ryan T. Killman     *rkillman@bowditch.com*
        Colleen E. Cushing  *ccushing@bowditch.com*
        **Bowditch & Dewey, LLP**
        311 Main Street
        P.O. Box 15156
        Worcester, MA    01615-0156

                                                      /s/ *Eric L. Brodie*
                                                        Eric L. Brodie

89150.1