**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| W.E. AUBUCHON CO., INC., AUBUCHON DISTRIBUTION, INC., W.E. AUBUCHON CO. INC. EMPLOYEE MEDICAL BENEFIT PLAN, and AUBUCHON DISTRIBUTION, INC. EMPLOYEE MEDICAL BENEFIT PLAN,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>BENEFIRST, LLC,<br>　　　　　　Defendant. | CIVIL ACTION NO.<br>05-40159 FDS |

### DEFENDANT BENEFIRST, LLC'S
### MOTION TO ENFORCE THIRD-PARTY SUBPOENA

Defendant BeneFirst, LLC ("BeneFirst") hereby requests this Court to enter an order pursuant to Federal Rule of Civil Procedure 45(c)(2)(B) compelling Northshore International Insurance Services ("Northshore") to produce certain documents requested by BeneFirst's duly served subpoena. BeneFirst hereby references and incorporates the attached memorandum and exhibits in support of this motion.

**REQUEST FOR ORAL ARGUMENT**

BeneFirst requests oral argument as to the issues raised by the foregoing motion; in particular the scope of Northshore's prior audits of BeneFirst, and the relevance of said audits to the issues in the present case and Federal Rule of Evidence 702.

Respectfully submitted,

**BeneFirst, LLC**, Defendant
by its attorneys,


*/s/ Stephen D. Rosenberg*
Stephen D. Rosenberg        [BBO# 558415]
Eric L. Brodie              [BBO# 639833]
**THE MCCORMACK FIRM, LLC**
One International Place - 7th Floor
Boston, MA    02110
Ph:    617•951•2929
Fax:   617•951•2672


## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned, as counsel for Defendant BeneFirst, LLC, hereby certifies that he has conferred with counsel for plaintiffs in a good faith effort to resolve or narrow the issues raised by the foregoing motion.

*/s/ Stephen D. Rosenberg*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing motion, the accompanying memorandum, and its attached exhibits were served on the following counsel of record via the Court's CM/ECF system on March 1, 2007:

Louis M. Ciavarra, Esq.     lciavarra@bowditch.com
Ryan T. Killman, Esq.       rkillman@bowditch.com
Colleen E. Cushing, Esq.    ccushing@bowditch.com
**Bowditch & Dewey, LLP**
311 Main Street
P.O. Box 15156
Worcester, MA    01615-0156

with a paper copy served on the same date via regular U.S. Mail and Certified U.S. Mail, return receipt requested, to:

Adria L. Garneau
Vice President
**Northshore International Insurance Services**
199 Rosewood Drive
Danvers, MA  01923

*/s/ Stephen D. Rosenberg*