UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| W.E. AUBUCHON CO., INC., AUBUCHON DISTRIBUTION, INC., W.E. AUBUCHON CO. INC. EMPLOYEE MEDICAL BENEFIT PLAN, and AUBUCHON DISTRIBUTION, INC. EMPLOYEE MEDICAL BENEFIT PLAN<br>　　　　Plaintiffs,<br><br>v.<br><br><br>BENEFIRST, LLC,<br>　　　　Defendant. | C.A. No. 05-40159FDS<br>(Louis M. Ciavarra. BBO# 546481)<br>(Ryan T. Killman BBO# 654562)<br>(Colleen E. Cushing BBO# 663498) |

### PLAINTIFFS' ASSENTED TO MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S MOTION TO ENFORCE THIRD-PARTY SUBPOENA

Plaintiffs, W.E. Aubuchon Co., Inc., Aubuchon Distribution, Inc., W.E. Aubuchon Co. Inc., Employee Medical Benefit Plan and Aubuchon Distribution, Inc. Employee Medical Benefit Plan (hereinafter referred to collectively as "Plaintiffs") hereby request, with the assent of Defendant, BeneFirst, LLC ("BeneFirst"), that this Court extend the time in which Plaintiffs have to respond to *Defendant BeneFirst, LLC's Motion to Enforce Third-Party Subpoena* ("Motion to Enforce"). As grounds for this Motion, Plaintiffs provide the following:

1.  On March 1, 2007, BeneFirst filed and served its Motion to Enforce.

2.  Pursuant to Local Rule 7.1, Plaintiffs have 14 days after service of the Motion to Enforce to file and serve an Opposition.

3.  On March 9, 2007, Plaintiffs' counsel contacted BeneFirst's counsel and requested a short extension of time in which to file an Opposition to BeneFirst's Motion to Enforce.

4. Counsel for BeneFirst agreed to extend the time in which an Opposition can be filed up to and including March 21, 2007.

5. BeneFirst has assented to this Motion.

WHEREFORE, Plaintiffs request that this Honorable Court extend the time in which Plaintiffs have to submit an Opposition to *Defendant, BeneFirst, LLC's Motion to Enforce Third Party Subpoena* from March 15, 2007 to March 21, 2007.

| | |
|---|---|
| W.E. AUBUCHON CO., INC., AUBUCHON DISTRIBUTION, INC., W.E. AUBUCHON CO., INC. EMPLOYEE MEDICAL BENEFIT PLAN, and AUBUCHON DISTRIBUTION, INC. EMPLOYEE MEDICAL BENEFIT PLAN, | BENEFIRST, LLC |
| By Their Attorneys, | By its attorneys, |
| /s/ Ryan T. Killman<br>Louis M. Ciavarra (BBO#546481)<br>Ryan T. Killman (BBO#654562)<br>Colleen E. Cushing (BBO# 663498)<br>Bowditch & Dewey, LLP<br>311 Main Street<br>P.O. Box 15156<br>Worcester, MA 01615-0156<br>Telephone: (508) 926-3408<br>Facsimile: (508) 929-3011 | /s/ Stephen D. Rosenberg<br>Stephen D. Rosenberg (BBO #558415)<br>Eric L. Brodie (BBO #639833)<br>The McCormack Firm, LLC<br>One International Place<br>7th Floor<br>Boston, MA 02110<br>Telephone: (617) 951-2929<br>Facsimile: (617) 951-2672 |

Dated: March 12, 2007

## CERTIFICATE OF SERVICE

       I, Ryan T. Killman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 12, 2007

                                      /s/ Ryan T. Killman
                                      Ryan T. Killman, Esquire