UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| W.E. AUBUCHON CO., INC., AUBUCHON DISTRIBUTION, INC., W.E. AUBUCHON CO. INC. EMPLOYEE MEDICAL BENEFIT PLAN, and AUBUCHON DISTRIBUTION, INC. EMPLOYEE MEDICAL BENEFIT PLAN<br>    Plaintiffs,<br><br>v.<br><br>BENEFIRST, LLC,<br>    Defendant. | C.A. No. 05-40159FDS<br>(Louis M. Ciavarra. BBO# 546481)<br>(Ryan T. Killman BBO# 654562) |

## NOTICE OF APPEARANCE

Please enter the appearance of Ryan T. Killman as attorney for Interested Party, Northshore International Insurance Services, Inc. in the above-captioned matter.

NORTHSHORE INTERNATIONAL
INSURANCE SERVICES, INC.

By its Attorneys,


/s/ Ryan T. Killman
Louis M. Ciavarra  (BBO#546481)
Ryan T. Killman (BBO#654562)
Bowditch & Dewey, LLP
311 Main Street
Worcester, MA 01615-0156
Telephone:  (508) 926-3408

Dated:  March 21, 2007

{Client Files\lit\302508\0002\PLD\00880236.DOC;1}

**CERTIFICATE OF SERVICE**

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 21, 2007.

              /s/ Ryan T. Killman_____
              Ryan T. Killman