UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| W.E. AUBUCHON CO., INC., AUBUCHON DISTRIBUTION, INC., W.E. AUBUCHON CO. INC. EMPLOYEE MEDICAL BENEFIT PLAN, and AUBUCHON DISTRIBUTION, INC. EMPLOYEE MEDICAL BENEFIT PLAN<br>　　　Plaintiffs,<br><br>v.<br><br><br>BENEFIRST, LLC,<br>　　　Defendant. | C.A. No. 05-40159FDS<br>(Louis M. Ciavarra. BBO# 546481)<br>(Ryan T. Killman BBO# 654562)<br>(Colleen E. Cushing BBO# 663498) |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR THIRTY-DAY EXTENSION OF TIME TO PRODUCE MEDICAL RECORDS AND ADJUST SCHEDULING ORDER ACCORDINGLY**

On July 31, 2007, Defendant, BeneFirst, LLC, filed its Motion for a Thirty-Day Extension of Time to Produce Medical Records and Adjust Scheduling Order Accordingly with this Court. Plaintiffs do not oppose Defendant's Motion.

　　　　　　　　　　　　　　　　　W.E. AUBUCHON CO., INC.,
　　　　　　　　　　　　　　　　　AUBUCHON DISTRIBUTION, INC.,
　　　　　　　　　　　　　　　　　W.E. AUBUCHON CO., INC.
　　　　　　　　　　　　　　　　　EMPLOYEE MEDICAL BENEFIT PLAN, and
　　　　　　　　　　　　　　　　　AUBUCHON DISTRIBUTION, INC.
　　　　　　　　　　　　　　　　　EMPLOYEE MEDICAL BENEFIT PLAN,

　　　　　　　　　　　　　　　　　By Their Attorneys,

　　　　　　　　　　　　　　　　　/s/ Ryan T. Killman_____
　　　　　　　　　　　　　　　　　Louis M. Ciavarra  (BBO#546481)
　　　　　　　　　　　　　　　　　Ryan T. Killman (BBO#654562)
　　　　　　　　　　　　　　　　　Colleen E. Cushing (BBO# 663498)
　　　　　　　　　　　　　　　　　Bowditch & Dewey, LLP
　　　　　　　　　　　　　　　　　311 Main Street
　　　　　　　　　　　　　　　　　P.O. Box 15156
　　　　　　　　　　　　　　　　　Worcester, MA 01615-0156
　　　　　　　　　　　　　　　　　Telephone:  (508) 926-3408

Dated:  August 1, 2007

2

CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 1st day of August, 2007.

                  /s/ Ryan T. Killman