UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| W.E. AUBUCHON CO., INC., AUBUCHON DISTRIBUTION, INC., W.E. AUBUCHON CO. INC. EMPLOYEE MEDICAL BENEFIT PLAN, and AUBUCHON DISTRIBUTION, INC. EMPLOYEE MEDICAL BENEFIT PLAN, Plaintiffs, v. BENEFIRST, LLC, Defendant. | CIVIL ACTION NO. 05-40159-FDS |

### ORDER ON DEFENDANT BENEFIRST, LLC'S
### MOTION TO ENFORCE THIRD-PARTY SUBPOENA (Docket No. 41)
January 28, 2008

**HILLMAN, M.J.**

After *in camera* review of Northshore International Insurance Services Inc.'s reports of reviews of Benefirst, LLC's administration of employee benefit plans of non-plaintiff entities for the period from 2001 through 2004, the above motion is **granted** subject to the following:

> Northshore International Services Inc.'s shall produce the final reports after they have been appropriately sanitized to remove confidential client and claimant information within thirty (30) days of the date of this Order.

/s/ Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE