UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| W.E. AUBUCHON CO., INC., AUBUCHON DISTRIBUTION, INC., W.E. AUBUCHON CO. INC. EMPLOYEE MEDICAL BENEFIT PLAN, and AUBUCHON DISTRIBUTION, INC. EMPLOYEE MEDICAL BENEFIT PLAN<br>    Plaintiffs,<br><br>v.<br><br>BENEFIRST, LLC,<br>    Defendant. | Civil Action No. 05-40159FDS<br>(Louis M. Ciavarra. BBO #546481)<br>(James P. Hoban BBO #633929)<br>(Colleen E. Cushing BBO #663498) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for plaintiffs, W.E. Aubuchon Co., Inc., Aubuchon Distribution, Inc., W.E. Aubuchon Co., Inc. Employee Medical Benefit Plan, and Aubuchon Distribution, Inc. Employee Medical Benefit Plan, in the above-referenced matter.

          W.E. AUBUCHON CO., INC., AUBUCHON
          DISTRIBUTION, INC., W.E. AUBUCHON CO.,
          INC. EMPLOYEE MEDICAL BENEFIT PLAN,
          AND AUBUCHON DISTRIBUTION, INC.
          EMPLOYEE MEDICAL BENEFIT PLAN
          By their attorneys,

          _____
          James P. Hoban (BBO #633929)
          Bowditch & Dewey, LLP
          311 Main Street, P.O. Box 15156
          Worcester, MA 01615-0156
          (508) 791-3511

Date:   August 5, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 5, 2008.

_____
James P. Hoban